SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>     vs.<br><br>Sunrise Creek Apartments,<br><br>        Defendants | Case No. **2:10-cv-00937-LKK-GGH**<br><br>**PLAINTIFF'S REQUEST AND ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: July 6, 2010<br>Time: 11:00 am<br>Courtroom: 4 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from July 6, 2010 to August 30, 2010. Plaintiff has granted Defendants an extension of time in which to respond to the complaint up to and including July 21, 2010. A continuance to September 7, 2010 for the status conference will give the Defendants ample time to answer Plaintiff's complaint.

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS

CONFERENCE

CIV: S-10-cv-00937-LKK-GGH - 1

Dated:  June 17 2010          /s/Scott N. Johnson

                              Scott N. Johnson,

                              Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to September 7, 2010 at 10:00 a.m.

Date:  June 22, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-10-cv-00937-LKK-GGH - 2