```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>         Plaintiff,<br><br>    vs.<br><br>Sunrise Creek Apartments<br><br>         Defendants | Case No.**2:10-cv-00937-LKK-GGH**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL AUGUST 20, 2010 FOR DEFENDANT SUNRISE CREEK APARTMENTS TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Sunrise Creek Apartments, by and through their respective attorneys of record, Scott N. Johnson; Gene E. Pendergast, Jr., stipulate as follows:

  1. An extension of time has been previously
       obtained for Defendant Sunrise Creek Apartments

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

       until July 21, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Sunrise Creek Apartments is granted an extension until August 20, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Sunrise Creek Apartments' response will be due no later than August 20, 2010.

IT IS SO STIPULATED effective as of July 20, 2010

Dated:   July 20, 2010                    /s/Gene D. Pendergast,Jr
                                            Gene E. Pendergast, Jr.,
                                            Attorney for Defendant
                                            Sunrise Creek Apartments

Dated:   July 20, 2010                    /s/Scott N. Johnson
                                            Scott N. Johnson,
                                            Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Sunrise Creek Apartments shall have until August 20, 2010 to respond to complaint.

Dated: July 22, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT